Submitted on remand from the Oregon Supreme Court April 24, former opinion modified, affirmed May 5, 1975

STATE OF OREGON, *Respondent, v.* GORDON ROY MATISCHECK (No. 16-842), *Appellant.*

535 P2d 102

Before Schwab, Chief Judge, and Langtry and Fort, Judges.

PER CURIAM.

This case is again before us on remand from the Supreme Court for reconsideration in light of *State v. Hammang,* 271 Or 749, 534 P2d 501 (1975).

We adhere to our prior analysis of the prosecutorial-knowledge element of the double-jeopardy test of *State v. Brown,* 262 Or 442, 497 P2d 1191 (1972). However, the Supreme Court's *Hammang* decision establishes that the *Brown* rule does not bar subsequent trial on a charge arising from a single act or transaction when a former "prosecution" consisted only

of a guilty plea. Factually, that is the situation in this case.

Former opinion modified. Affirmed.

FORT, J., concurring.

I concur in the court's construction of the rule just announced in *State v. Hammang,* 271 Or 749, 534 P2d 501 (1975), as applied to this case, and thus concur in the result now announced affirming the ruling of the trial court.

I adhere, however, to the view expressed in my prior dissenting opinion in this case.